Michele R. Stafford, Esq. (SBN 172509)
Blake E. Williams, Esq. (SBN 233158)
SALTZMAN & JOHNSON LAW CORPORATION
44 Montgomery Street, Suite 2110
San Francisco, CA 94104
(415) 882-7900
(415) 882-9287 – Facsimile
mstafford@sjlawcorp.com
bwilliams@sjlawcorp.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| F.G. CROSTHWAITE, et al.<br><br>    Plaintiffs,<br><br>   v.<br><br>FREMONT PAVING COMPANY, INC., a California Corporation, et al.,<br><br>    Defendants. | Case No.: C11-4417-JSW<br><br>**PLAINTIFFS' CASE MANAGEMENT CONFERENCE STATEMENT and REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE; [PROPOSED] ORDER THEREON**<br><br>Date:   December 16, 2011<br>Time:   1:30 p.m.<br>Ctrm:   11, 19th Floor<br>Judge: Honorable Jeffrey S. White |

Plaintiffs herein respectfully submit their Case Management Statement, requesting that the Case Management Conference, currently on calendar for December 16, 2011, be continued for approximately 60 – 90 days.

1.    As the Court's records will reflect, this action was filed on September 6, 2011, to compel Defendants to comply with their Collective Bargaining Agreement.

2.    As the Court's records will further reflect, service of process on Defendants was effectuated as follows: Fremont Paving Company and Ellen Marie Lebon were served on September 12, 2011; Donald Allen Lebon was served on September 14, 2011; Joseph James Lebon was served on October 7, 2011. Proofs of Service of Summons were filed with the Court on October 4, 2011 (Dkt. #9) and October 7, 2011 (Dkt. #11).

3.    Since then, the parties have been in contact. Robert E. Carey, Jr., of Carey & Carey Law Corporation advised Plaintiffs' counsel that he was retained to represent the Defendants in

1  this matter, and requested an extension of time to answer or otherwise respond to the Complaint,
2  to November 18, 2011.  Plaintiffs' counsel granted that request, and executed a Stipulation to that
3  effect on October 12, 2011.  Since then, Plaintiffs' counsel granted Defendants an additional
4  extension of time to answer or otherwise respond to the Complaint.

5       4.   Defendants were unaware of the extent of their debt to the Trust Funds as the
6  individual responsible for payment of Trust Fund contributions had been systematically converting
7  the contributions for her own use.  The parties are working together to ascertain the extent of the
8  embezzlement, pursue prosecution of the individual responsible and work out a method for the
9  contributions to be paid.  Due to this unusual fact pattern, discovery is being done informally and
10 cooperatively.

11      5.   There are no issues that need to be addressed at the currently scheduled Case
12 Management Conference.  In the interest of conserving costs as well as the Court's time and
13 resources, Plaintiffs respectfully request that the Case Management Conference, currently
14 scheduled for December 16, 2011, be continued for 60-90 days to allow time for Defendants to file
15 their Answer.

16 Dated: December 9, 2011                SALTZMAN & JOHNSON
                                         LAW CORPORATION
17

18                                       By:  _____/S/_____
                                              Michele R. Stafford
19                                            Attorneys for Plaintiffs

20 IT IS SO ORDERED.

21     Based on the foregoing, and GOOD CAUSE APPEARING, the currently set Case
22 Management Conference is hereby continued to __April 6, 2012 at 1:30 p.m.__.  All related
23 deadlines are extended accordingly.

24

25
   Date: December 14, 2011                _____*Jeffrey S. White*_____
26                                        THE HONORABLE JEFFREY S. WHITE
                                          UNITED STATES DISTRICT COURT JUDGE
27

28

-2-
PLAINTIFFS' CASE MANAGEMENT CONFERENCE STATEMENT
Case No.:  C11-4417-JSW

P:\CLIENTS\OE3CL\Fremont Paving Company Inc\Pleadings\C11-4417-JSW - Request to Continue CMC - 120911.DOC