1  Michele R. Stafford, Esq. (SBN 172509)
   Blake E. Williams, Esq. (SBN 233158)
2  SALTZMAN & JOHNSON LAW CORPORATION
   44 Montgomery Street, Suite 2110
3  San Francisco, CA 94104
   (415) 882-7900
4  (415) 882-9287 – Facsimile
   mstafford@sjlawcorp.com
5  bwilliams@sjlawcorp.com

6  Attorneys for Plaintiffs

7  Robert E. Carey, Jr., Esq. (State Bar No. 47556)
   CAREY & CAREY, A LAW CORPORATION
8  Post Office Box 1040
   Palo Alto, CA 94302
9  (650) 328-5510
   (650) 853-3632 – Facsimile
10 rec@careyandcareylaw.com

11 Attorneys for Defendant Fremont Paving Company, Inc.

12                   UNITED STATES DISTRICT COURT

13              FOR THE NORTHERN DISTRICT OF CALIFORNIA

14 | F.G. CROSTHWAITE, et al. | Case No.: C11-4417-JSW |

15 |              Plaintiffs, | **JOINT CASE MANAGEMENT CONFERENCE STATEMENT and REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE;** |

16 |            v. | **~~[PROPOSED]~~ ORDER THEREON** |

17 | FREMONT PAVING COMPANY, INC., a California Corporation, et al., | |

18 |            Defendants. | Date:   June 29, 2012 |

19 | | Time:  1:30 p.m. |
     | | Ctrm:  11, 19th Floor |
20 | | Judge: Honorable Jeffrey S. White |

21         Plaintiffs and Defendant Fremont Paving Company, Inc. herein respectfully submit their

22 Joint Case Management Statement, requesting that the Case Management Conference, currently

23 on calendar for June 29, 2012, be continued for approximately 30 days.

24         1.      As the Court's records will reflect, this action was filed on September 6, 2011, to

25 compel Defendants to comply with their Collective Bargaining Agreement.

26         2.      As the Court's records will further reflect, service of process on Defendant Fremont

27 Paving Company, Inc. was effectuated on September 12, 2011. A Proof of Service of Summons

28 was filed with the Court on October 4, 2011 (Dkt. #9).

3.     Robert E. Carey, Jr., Esq. of Carey & Carey Law Corporation appeared on behalf of Defendant Fremont Paving Company, and filed a Stipulation to Extend The Time Within Which Defendants May Answer or Otherwise Respond to The Complaint (Dkt. #12) with the Court on October 12, 2011. Plaintiffs granted additional extensions of time for Defendant Fremont Paving Company to respond to the Complaint thereafter.

4.     Plaintiffs filed their First Amended Complaint on April 5, 2012 (Dkt. #19).

5.     Service of process on Defendant Brittany Danielle Lebon was effectuated on April 11, 2012, and a Proof of Service of Summons was filed with the Court on April 17, 2012 (Dkt. #21).

6.     On May 8, 2012, the Court entered the default of Defendant Brittany Danielle Lebon (Dkt. #25). To date, Defendant Brittany Danielle Lebon has failed to plead or otherwise defend or appear in this action. Therefore, Plaintiffs are currently preparing a Motion for Default Judgment as to Brittany Danielle Lebon, which they anticipate filing with the Court promptly.

7.     Plaintiffs and Defendant Fremont Paving Company have been in continuous negotiations regarding possible settlement by payment plan, and require an additional 30 days to determine whether an agreement can be reached. Should the matter fail to settle within that time period, Plaintiffs intend to file a Motion for Summary Judgment as to Defendant Fremont Paving Company, Inc.

///

///

///

///

///

///

///

///

///

///

8.     There are no issues that need to be addressed at the currently scheduled Case Management Conference.  In the interest of conserving costs as well as the Court's time and resources, Plaintiffs respectfully request that the Case Management Conference, currently scheduled be continued for 30 days.

Dated: June 21, 2012                        SALTZMAN & JOHNSON
                                            LAW CORPORATION


                                     By:    _____/S/_____
                                            Michele R. Stafford
                                            Attorneys for Plaintiffs

Dated: June 21, 2012                        CAREY & CAREY, A LAW
                                            CORPORATION


                                     By:    _____/S/_____
                                            Robert E. Carey, Jr.
                                            Attorneys for Defendant Fremont Paving
                                            Company, Inc.

IT IS SO ORDERED.

Based on the foregoing, and GOOD CAUSE APPEARING, the currently set Case Management Conference is hereby continued to ___August 3, 2012 at 1:30 p.m.___.  All related deadlines are extended accordingly.


Date: ___June 22, 2012___          _____
                                   THE HONORABLE JEFFREY S. WHITE
                                   UNITED STATES DISTRICT COURT JUDGE