Case3:11-cv-04417-JSW Document31 Filed08/01/12 Page1 of 2

Michele R. Stafford, Esq. (SBN 172509)
Blake E. Williams, Esq. (SBN 233158)
SALTZMAN & JOHNSON LAW CORPORATION
44 Montgomery Street, Suite 2110
San Francisco, CA 94104
(415) 882-7900
(415) 882-9287 – Facsimile
mstafford@sjlawcorp.com
bwilliams@sjlawcorp.com

Attorneys for Plaintiffs

Robert E. Carey, Jr., Esq. (State Bar No. 47556)
CAREY & CAREY, A LAW CORPORATION
Post Office Box 1040
Palo Alto, CA 94302
(650) 328-5510
(650) 853-3632 – Facsimile
rec@careyandcareylaw.com

Attorneys for Defendant Fremont Paving Company, Inc.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| F.G. CROSTHWAITE, et al.<br><br>Plaintiffs,<br><br>v.<br><br>FREMONT PAVING COMPANY, INC., a California Corporation, et al.,<br><br>Defendants. | Case No.: C11-4417-JSW<br><br>**JOINT CASE MANAGEMENT CONFERENCE STATEMENT and REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE; ~~[PROPOSED]~~ ORDER THEREON**<br><br>Date: August 3, 2012<br>Time: 1:30 p.m.<br>Ctrm: 11, 19th Floor<br>Judge: Honorable Jeffrey S. White |

Defendant Fremont Paving Company, Inc. hereby joins in Plaintiffs' previously filed Request to Continue Case Management Statement. The parties jointly request that the Case Management Conference, currently on calendar for August 3, 2012, be continued to allow Plaintiffs to file their Motions for Summary Judgment and Default Judgment respectfully.

1. Plaintiffs have made several offers to resolve this matter by payment plan. Defendants are unable to commit to any resolution at the current time. Defendants are aware that Plaintiffs must move this matter forward by filing dispositive Motions.

2. There are no issues that need to be addressed at the currently scheduled Case

-1-
**JOINT CMC STATEMENT AND REQUEST TO CONTINUE CMC; PROPOSED ORDER**
**Case No.: C11-4417-JSW**
P:\CLIENTS\OE3CL\Fremont Paving Company Inc\Pleadings\C11-4417-JSW - JOINT Request to Continue CMC - 073112.DOC

Management Conference. In the interest of conserving costs as well as the Court's time and resources, Plaintiffs respectfully request that the Case Management Conference, currently scheduled be continued for 60 days.

Dated: July 31, 2012

SALTZMAN & JOHNSON
LAW CORPORATION

By: /S/
Michele R. Stafford
Attorneys for Plaintiffs

Dated: July 31, 2012

CAREY & CAREY, A LAW
CORPORATION

By: /S/
Robert E. Carey, Jr.
Attorneys for Defendant Fremont Paving Company, Inc.

IT IS SO ORDERED.

Based on the foregoing, and GOOD CAUSE APPEARING, the currently set Case Management Conference is hereby continued to October 5, 2012 at 1:30 p.m.. All related deadlines are extended accordingly.

Date: August 1, 2012

THE HONORABLE JEFFREY S. WHITE
UNITED STATES DISTRICT COURT JUDGE