IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| F.G. CROSTHWAITE, ET AL., | |
| Plaintiffs, | No. C 11-04417 JSW |
| v. | |
| FREMONT PAVING COMPANY, INC., ET AL., | **ORDER REFERRING MOTION FOR DEFAULT JUDGMENT TO MAGISTRATE JUDGE** |
| Defendants. | |

On August 31, 2012, Plaintiffs filed a motion for default judgment against Brittany Danielle Lebon and noticed it for hearing on October 12, 2012. Pursuant to Northern District Civil Local Rule 72-1, the Court HEREBY REFERS the motion to a randomly assigned Magistrate Judge to prepare a report and recommendation on the motion. The hearing date set for October 12, 2012 is VACATED. If you do not hear from the Court regarding an assignment to a Magistrate Judge within 14 days, please contact this Court's Courtroom Deputy, Jennifer Ottolini at 415-522-4173.

**IT IS SO ORDERED.**

Dated: September 4, 2012

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

cc: Magistrate Referral Clerk