IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| F.G. CROSTHWAITE, et al., | |
| Plaintiffs, | No. C 11-04417 JSW |
| v. | |
| FREMONT PAVING, INC., et al., | **ORDER ADOPTING REPORT AND RECOMMENDATION ON PLAINTIFFS' MOTION FOR DEFAULT JUDGMENT** |
| Defendants. | |

This matter comes before the Court upon consideration of the Report and Recommendation ("Report") prepared by Magistrate Judge Elizabeth D. Laporte, in which he recommends that the Court grant in part and deny in part Plaintiffs' motion for default judgment against Defendant Brittany Danielle Lebon. The deadline for filing objections to the Report has passed, and neither party has filed objections.

The Court has considered the Report, relevant legal authority, and the record in this case. The Court finds the Report thorough and well reasoned and adopts it in every respect. Accordingly, the Court grants Plaintiffs' motion for default judgment, and Plaintiffs are hereby awarded: (1) $277,672.46 in unpaid contributions, liquidated damages and interest through August 28, 2012; (2) $25,019.58 in post-litigation late paid contributions, liquidated damages and interest; (3) $23, 094.28 in pre-litigation late paid contributions, liquidates damages and interest; (4) $30,226.50 in attorneys' fees; and (6) $1,444.50 in costs.

The Court shall issue a separate judgment, and the Clerk shall close the file.

**IT IS SO ORDERED.**

Dated: December 7, 2012

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

2