Michele R. Stafford, Esq. (SBN 172509)
Muriel B. Kaplan, Esq. (SBN 124607)
SALTZMAN & JOHNSON LAW CORPORATION
44 Montgomery Street, Suite 2110
San Francisco, CA 94104
(415) 882-7900
(415) 882-9287 – Facsimile
mstafford@sjlawcorp.com
mkaplan@sjlawcorp.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| F.G. CROSTHWAITE, et al. | Case No.: C11-4417-JSW |
|---|---|
| Plaintiffs, | **ACKNOWLEDGMENT OF SATISFACTION OF STIPULATED JUDGMENT AGAINST DEFENDANT FREMONT PAVING COMPANY, INC. ONLY** |
| v. | |
| FREMONT PAVING COMPANY, INC., a California Corporation, et al., | |
| Defendants. | **[PROPOSED] ORDER THEREON** |

1. The undersigned hereby acknowledges that the Judgment Pursuant to Stipulation against Defendant Fremont Paving Company, Inc., in the above-captioned action has been satisfied in full.

2. The names and address of the judgment creditors are: F.G. Crosthwaite, et al., c/o Michele R. Stafford, Esq., Saltzman & Johnson Law Corporation, 44 Montgomery Street, Suite 2110, San Francisco, California 94104.

3. The names and addresses of the judgment debtors are as follows:

   (a) Fremont Paving Company, Inc., 38370 Cedar Blvd., Newark, CA  94560;

   (b) Ellen Marie Lebon, 4312 Dorsey Avenue, Fremont, CA  94536;

   (c) Donald Alan Lebon, 5214 Theresa Way, Livermore, CA  94550;

4. The Judgment Pursuant to Stipulation against Fremont Paving Company, Inc. was entered on September 17, 2012.

5. Abstracts of Judgment were recorded, as follows:

1  (a)   Alameda County, California, on September 26, 2012, as instrument number 2012315695.

2  (b)   Sacramento County, California, on October 11, 2012, in book number 20121011, page number 0567.

3  (c)   Contra Costa County, California, on October 11 2012, as instrument number 2012-0251933-00.

4  (d)   Douglas County, Nevada, on October 12, 2012, as instrument number 0810843.

*NOTICE TO JUDGMENT DEBTORS*: *If this is an acknowledgment of full satisfaction of judgment, it must be recorded in the county or counties shown in Item 5 above, in order to release the judgment lien.*

Dated: February 15, 2013

SALTZMAN & JOHNSON
LAW CORPORATION

By: _____
Michele R. Stafford
Attorneys for Plaintiffs

**NOTARIZATION**

State of California         )
County of San Francisco     )

On February 15, 2012, before me, Vanessa deFabrega, Notary Public, personally appeared MICHELE R. STAFFORD, who proved to me on the basis of satisfactory evidence to be the person whose name is subscribed to the within instrument and acknowledged to me that she executed the same in her authorized capacity, and that by her signature on the instrument the person, or the entity upon behalf of which the person acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

[Notary Seal: VANESSA DE FABREGA, Commission # 1925760, Notary Public - California, San Francisco County, My Comm. Expires Mar 15, 2015]

_____
Notary's Signature

**IT IS SO ORDERED.**

IT IS FURTHER ORDERED that the calendar in this matter is vacated, and that the Court shall retain jurisdiction over this matter.

Dated: February 22, 2013

_____
UNITED STATES DISTRICT COURT JUDGE

-2-
ACKNOWLEDGMENT OF SATISFACTION OF JUDGMENT
Case No.: C11-4417-JSW